IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JARRATT MELVIN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION FILE

NUMBER 3:16-cr-03-TCB

## ORDER

This matter comes before the Court on Magistrate Judge Russell G. Vineyard's report and recommendation (the "R&R") [868] to vacate, set aside, or correct Defendant Jarratt Melvin's sentence under 28 U.S.C. § 2255. The R&R recommends that Melvin's § 2255 motion be granted and that an amended judgment and commitment order be issued recommending Melvin be allowed to participate in the Bureau of Prisons 500-hour intensive drug treatment program. The Government agrees this relief is appropriate.

Having considered the evidence and arguments, and given the Government's concession that the relief is appropriate, and Melvin's history of drug abuse, the Court adopts as its Order the R&R [868]. Melvin's § 2255 motion [857] is granted. Accordingly, the Court amends its June 1, 2017 judgment and commitment [669] to include the recommendation that Defendant participate in the Bureau of Prisons 500-hour intensive drug treatment program while incarcerated.

It is further ordered that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshall or other qualified officer and that the copy serve as the commitment of the Defendant.

IT IS SO ORDERED this 25th day of June, 2018.

*Timothy C. Batten*

Timothy C. Batten, Sr.
United States District Judge